UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANGELA H. JOHNSON, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 5:16-CV-682-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the M&R and overrules the objections. Plaintiff's objections to the M&R [D.E. 18] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 10] is DENIED, defendant's motion for judgment on the pleadings [D.E. 14] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on July 6, 2017, and Copies To:**

| | |
|---|---|
| Kristin Gordon | (via CM/ECF electronic notification) |
| Kaba-Kabi A. Kazadi | (via CM/ECF electronic notification) |

DATE:                            PETER A. MOORE, JR., CLERK
July 6, 2017              (By) /s/ Nicole Briggeman
                                      Deputy Clerk